# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 31, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

161835(79)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

THERESA MARIE GAFKEN,
      Defendant-Appellant.

SC: 161835
COA: 345954
St. Clair CC: 18-001241-FC

_____/

      On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing its answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before May 12, 2021.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 31, 2021



Clerk